LAW OFFICES OF
**WALKUP, MELODIA, KELLY & SCHOENBERGER**
A PROFESSIONAL CORPORATION

650 CALIFORNIA STREET, 26TH FLOOR
SAN FRANCISCO, CALIFORNIA 94108-2615
(415) 981-7210

MICHAEL A. KELLY (State Bar #71460)
mkelly@walkuplawoffice.com
KHALDOUN A. BAGHDADI (State Bar #190111)
kbaghdadi@walkuplawoffice.com

DANIEL T. BRIER (pro hac vice to be submitted)
FRANK J. BRIER (pro hac vice to be submitted)
JOHN B. DEMPSEY (pro hac vice to be submitted)
**MYERS BRIER & KELLY LLP**
425 SPRUCE ST #200
SCRANTON, PA 18503
PHONE: (570) 342-6100
FAX: (570) 342-6147

**ATTORNEYS FOR PLAINTIFFS**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: YOSEMITE NATIONAL PARK HANTAVIRUS LITIGATION <br> _____ <br> THIS DOCUMENT RELATES TO: <br><br> CAROLYN GARISTO, Individually and on behalf of the ESTATE OF BRUNO GARISTO, N.G., a minor, and K.G., a minor, <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES OF AMERICA, DELAWARE NORTH COMPANIES, INC., DELAWARE NORTH COMPANIES PARKS AND RESORTS, INC., and DNC PARKS AND RESORTS AT YOSEMITE, INC., <br><br> Defendants. | MDL Docket No. C 14-2532 MMC <br><br> 3:14-CV-2825 MMC <br> Individual Case No.: ~~4:13-CV-2611~~ <br><br> ORDER GRANTING <br> **PETITION ~~AND [PROPOSED] ORDER~~ TO APPOINT CAROLYN GARISTO AS GUARDIAN AD LITEM FOR MINOR PLAINTIFFS K.G. AND N.G.; DECLARATION OF CAROLYN GARISTO IN SUPPORT** <br> **[FED. R. CIV. PRO. 17(C); CCP §§ 372, 373]** |

//

1. Petitioner N.G. is a minor child, born August 5, 1997.

2. Petitioner, K.G., is a minor child, born September 2, 1999.

3. Carolyn Garisto is the natural biological mother of plaintiffs K.G. and N.G.

4. Petitioners have a cause of action against the above-named defendants upon which an action is pending in this Court, following a transfer order from the Judicial Panel on Multidistrict Litigation.

5. The causes of action stems from the untimely death of their father Bruno Garisto, who passed away on .

6. Petitioners have no guardian of their estates, and no previous application for Guardian Ad Litem in this matter has been made.

7. Carolyn Garisto resides at 261 Meixell Circle, Lewisburg, Pennsylvania.

8. On the following page is a Declaration and Consent of Carolyn Garisto, confirming her intent and capacity to serve at the Petitioner's Guardian ad Litem.

9. WHEREFORE, Petitioners respectfully move this Court for an order appointing Carolyn Garisto as their Guardian ad Litem for the purpose of pursuing this action.

Respectfully Submitted,

Dated:  September 3, 2014         WALKUP, MELODIA, KELLY & SCHOENBERGER

/s/ *Khaldoun A. Baghdadi*
KHALDOUN A. BAGHDADI
Attorney for K.G. and N.G., a minor

LAW OFFICES OF
WALKUP, MELODIA, KELLY
& SCHOENBERGER
A PROFESSIONAL CORPORATION
650 CALIFORNIA STREET
26TH FLOOR
SAN FRANCISCO, CA  94108
(415) 981-7210

2
PETITION AND [PROPOSED] ORDER TO APPOINT CAROLYN GARISTO AS GUARDIAN AD LITEM FOR MINOR PLAINTIFFS K.G. AND N.G.; DECLARATION OF CAROLYN GARISTO IN SUPPORT  - MDL DOCKET NO. C 14-2532 MMC

**DECLARATION AND CONSENT TO NOMINATION OF CAROLYN GARISTO**

I, Carolyn Garisto, Declare as follows:

1. I currently reside at 261 Meixell Circle, Lewisburg, Pennsylvania.

2. I am the biological mother of minor plaintiffs N.G. and K.G. and I reside with them.

3. I am competent and willing to serve as the Guardian ad litem for the Petitioner and understand and protect the rights of the minor plaintiff. I have no interest adverse to the Petitioner.

4. I accept the nomination as outlined in this Petition.

I declare under penalty perjury under the laws of the United States that the foregoing is true and correct. Executed this 3rd day of September, 2014, at Scranton, Pennsylvania.

*/s/ Carolyn Garisto*
Carolyn Garisto

# [~~PROPOSED~~] ORDER GRANTING PETITION

The Petition for an Order appointing Carolyn Garisto as Guardian ad Litem of minor plaintiffs K.G. and N.G. is hereby GRANTED.

Dated: September 8, 2014



The Honorable Maxine Chesney
UNITED STATES DISTRICT JUDGE

LAW OFFICES OF
WALKUP, MELODIA, KELLY
& SCHOENBERGER
A PROFESSIONAL CORPORATION
650 CALIFORNIA STREET
26TH FLOOR
SAN FRANCISCO, CA 94108
(415) 981-7210

4

PETITION AND [PROPOSED] ORDER TO APPOINT CAROLYN GARISTO AS GUARDIAN AD LITEM FOR MINOR PLAINTIFFS K.G. AND N.G.; DECLARATION OF CAROLYN GARISTO IN SUPPORT - MDL DOCKET NO. C 14-2532 MMC