LAW OFFICES OF
# WALKUP, MELODIA, KELLY & SCHOENBERGER
A PROFESSIONAL CORPORATION

650 CALIFORNIA STREET, 26TH FLOOR
SAN FRANCISCO, CALIFORNIA 94108-2615
T: (415) 981-7210 · F: (415) 391-6965

MICHAEL A. KELLY (State Bar #71460)
mkelly@walkuplawoffice.com
KHALDOUN A. BAGHDADI (State Bar #190111)
kbaghdadi@walkuplawoffice.com
JUSTIN CHOU (State Bar #279137)
jchou@walkuplawoffice.com

DANIEL T. BRIER (*pro hac vice*)
FRANK J. BRIER (*pro hac vice*)
JOHN B. DEMPSEY (*pro hac vice*)
**MYERS BRIER & KELLY LLP**
425 SPRUCE ST #200
SCRANTON, PA 18503
PHONE: (570) 342-6100
FAX: (570) 342-6147

**ATTORNEYS FOR PLAINTIFFS**
CAROLYN GARISTO, INDIVIDUALLY AND ON BEHALF OF THE ESTATE OF BRUNO GARISTO, N.G., A MINOR, AND K.G., A MINOR

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: YOSEMITE NATIONAL PARK HANTAVIRUS LITIGATION | Case No. 4:13-cv-02611 (Individual)<br>MDL Docket No. 3:14-md-02532-MMC |
| THIS DOCUMENT RELATES TO:<br><br>CAROLYN GARISTO, Individually and on behalf of the ESTATE OF BRUNO GARISTO, N.G., a minor, and K.G., a minor,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA, DELAWARE NORTH COMPANIES, INC., DELAWARE NORTH COMPANIES PARKS AND RESORTS, INC., and DNC PARKS AND RESORTS | **[PROPOSED]** ORDER APPROVING SETTLEMENT<br><br>**FILED UNDER SEAL**<br><br>The Hon. Maxine M. Chesney<br><br>Action Filed: October 22, 2013<br>Trial Date: Vacated |

| | |
|---|---|
| 1 | AT YOSEMITE, INC., |
| 2 | Defendants. |

AND NOW, upon consideration of the Garisto Plaintiffs' Agreed Motion to Approve Settlement, the Motion is hereby APPROVED; IT IS HEREBY ORDERED that the gross settlement proceeds – prior to adjustment for pro-rata fees and costs – shall be allocated between Wrongful Death (50%) and the Survival Act (50%) as follows:

**Gross Settlement Amount** $ ▓▓▓▓▓

To: Legal Fees at 33 1/3 % $ ▓▓▓▓▓ [1]

To: Costs of Litigation $ ▓▓▓▓▓

**Net Settlement Amount to Garisto Plaintiffs** $ ▓▓▓▓▓

To: The Garisto Plaintiffs[2]

    a.    ESTATE OF BRUNO GARISTO (50%) $ ▓▓▓▓▓

To: CAROLYN L. GARISTO, as Executrix of the ESTATE OF BRUNO GARISTO, to be distributed after the payment of any and all estate debts, expenses, estate attorney fees, costs and applicable taxes, provided that counsel shall not distribute any funds to said Executrix until a copy of this Court's Order is filed (Under Seal) with the Register of Wills of Union County, Pennsylvania and the additional security as may be required by the Register of Wills pursuant to 20 Pa. C.S.A. § 3323(b)(3) is posted.

    b.    Wrongful Death Proceeds (50%)    $ ▓▓▓▓▓

To: CAROLYN L. GARISTO (Decedent's surviving ▓▓▓▓▓ st $30,000.00 plus one-half of the remainder) $ ▓▓▓▓▓

To: NICHOLAS B. GARISTO[3] (Decedent's survivi ▓▓▓▓▓ e-quarter of the remainder) $ ▓▓▓▓▓

---

[1] At all relevant times, the Garisto Plaintiffs have been represented in this action by the law firms of Walkup, Melodia, Kelly & Schoenberger, P.C. and Myers, Brier & Kelly, LLP.

[2] The net settlement amounts reflect each Garisto Plaintiff's pro-rata share of attorney fees and costs.

[3] Of this amount, $▓▓▓▓▓ will be used to purchase an annuity that will be payable to a trust for the benefit of Nicholas B. Garisto with Carolyn Garisto serving as trustee until Nicholas B. Garisto reaches the age of 35.

LAW OFFICES OF
WALKUP, MELODIA, KELLY
& SCHOENBERGER
A PROFESSIONAL CORPORATION
650 CALIFORNIA STREET
26TH FLOOR
SAN FRANCISCO, CA 94108
(415) 981-7210

2

[PROPOSED] ORDER APPROVING SETTLEMENT - CASE NO. 4:13-cv-02611 (Individual)

To: KATHERINE O. GARISTO[4] (Decedent's surviving daughter) (one-quarter of the remainder)     $ ▮

IT IS FURTHER ORDERED that the Agreed Motion to Approve Settlement and this Order shall remain under seal and shall be disclosed only in sealed filing(s) with the Orphans' Court Division of the Court of Common Pleas and/or the Register of Wills of Union County, Pennsylvania and/or with a prominent notation of confidentiality in a letter to the Pennsylvania Department of Revenue and/or as an attachment to a Supplemental Inheritance Tax Return.

DATED: May 14, 2018

*[signature: Maxine M. Chesney]*
HON. MAXINE M. CHESNEY
SENIOR DISTRICT JUDGE

---

[4] Of this amount, $▮ will be used to purchase an annuity that will be payable to a trust for the benefit of Katherine O. Garisto with Carolyn Garisto serving as trustee until Katherine O. Garisto reaches the age of 35.

LAW OFFICES OF
WALKUP, MELODIA, KELLY
& SCHOENBERGER
A PROFESSIONAL CORPORATION
650 CALIFORNIA STREET
26TH FLOOR
SAN FRANCISCO, CA 94108
(415) 981-7210

3
[PROPOSED] ORDER APPROVING SETTLEMENT - CASE NO. 4:13-cv-02611 (Individual)