IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: YOSEMITE NATIONAL PARK HANTAVIRUS LITIGATION <br><br> ──────────────────────────── <br><br> THIS DOCUMENT RELATES TO: <br><br> CAROLYN GARISTO, et al., <br>     Plaintiffs <br> v. <br> UNITED STATES OF AMERICA, et al. <br>     Defendants. | Case No. 14-md-02532-MMC <br><br> Individual Case No. 14-cv-2825 MMC <br><br> **ORDER DISMISSING ACTION** |

By notice filed June 19, 2017, defendants/cross-claimants/cross-defendants Bradley Popp and Yosemite Construction, Inc. advised the Court they had reached a settlement with all parties in the instant multi-district litigation action. By a Status Report filed February 9, 2018, the parties advised the Court that plaintiffs in the above-titled individual action had settled all of their remaining claims. By order filed February 16, 2018, the Court, upon stipulation of the parties thereto, dismissed Delaware North Companies Inc., Delaware North Companies Parks & Resorts, Inc., and Delaware North DNC Parks & Resorts at Yosemite, Inc.'s cross-claims against the United States. Lastly, by order filed May 14, 2018, the Court approved the compromise of the claims filed by plaintiff Estate of Bruno Garisto.

//

Accordingly, all claims and cross-claims having been resolved, the above-titled action is hereby DISMISSED, and the Clerk of Court is DIRECTED to close the file.

**IT IS SO ORDERED.**

Dated: May 16, 2018

MAXINE M. CHESNEY
United States District Judge